UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:22-cv-05266-RAO                          Date:  October 19, 2022

Title       United African-Asian Abilities Club et al v. Capri Equities, LP et al

---

Present:  The Honorable:    Rozella A. Oliver, United States Magistrate Judge

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Recorder / Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (IN CHAMBERS)    ORDER TO SHOW CAUSE**

     This action was filed on July 29, 2022 by United African-Asian Abilities Club ("Plaintiff") against Capri Equities, LP ("Defendant"). On October 13, 2022 Defendant filed a Joint STIPULATION Extending Time to Answer.  Plaintiff has not yet filed the required proof of service of the Summons and Complaint (See L.R. 73-2.2).

     The Court will consider the filing of the following, as an appropriate response to this OSC, on or before **October 24, 2022**:

- Proof of service of summons and complaint.

     In accordance with Rule 78 of the Federal Rules of Civil procedures and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

     IT IS SO ORDERED.

Initials of Preparer    dl